**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JOHN LEMONS,

    Plaintiff/Garnishor,

v.      Case No. 12-11474

MIKOCEM, LLC,

    Defendant,

v.

FEDERAL INSURANCE CO.,

    Garnishee.
    /

**JUDGMENT**

In accordance with the court's "Opinion and Order Granting Garnishee's Motion for Summary Judgment" dated September 19, 2013,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Garnishee Federal Insurance Co. Dated at Detroit, Michigan, this 19th day of September 2013.

    DAVID J. WEAVER
    CLERK OF THE COURT

    s/ Lisa Wagner
    By: Lisa Wagner, Case Manager
    to Judge Robert H. Cleland